DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THOM DEBECK,**
Appellant,

v.

**U.S. BANK TRUST N.A.,** as Trustee for **LSF9 MASTER
PARTICIPATION TRUST,**
Appellee.

No. 4D20-674

[April 22, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE 17-002226 (11).

Catherine P. Cox, Delray Beach, for appellant.

Mary Pascal Stella and Daniel Stein of Popkin & Rosaler, P.A., Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KUNTZ and ARTAU, JJ., concur.

*        *        *

***Not final until disposition of timely filed motion for rehearing.***